**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MULTI-TECH SYSTEMS, INC., a Minnesota corporation,

Plaintiff,

vs.

NET2PHONE, INC., a Delaware corporation; VOCALTEC COMMUNICATIONS, INC., a Delaware corporation; VOCALTEC COMMUNICATIONS, LTD., an Israeli corporation; DIALPAD.COM, INC., a California corporation; STUDIO VISIA, INC., a California corporation; MEDIARING.COM, INC., a California corporation; PHONEFREE.COM, INC., a Delaware corporation; ZEROPLUS.COM, INC., a Delaware corporation; E-NET, INC., a Delaware corporation; REALLY EASY INTERNET, INC., a Texas corporation,

Defendants.

Court File No. 00-CV-346 DWF/AJB

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER**

---

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the above-named parties, through their respective counsel, that defendant VocalTec Communications, Inc. shall have until March 30, 2000 to answer or otherwise respond to plaintiff Multi-Tech Systems, Inc.'s Complaint.

DATED: March 7, 2000

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: Kevin D. Conneely

Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF MULTI-TECH SYSTEMS, INC.

FILED MAR 09 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

DATED: March 7, 2000

BOWMAN and BROOKE LLP

By: ____________________
David S. Miller (#239860)

150 South Fifth Street, Suite 2600
Minneapolis, Minnesota 55402-4244
(612) 339-8682

-and-

Allan J. Sternstein
BRINKS HOFER GILSON & LIONE
NBC Tower
455 North Cityfront Plaza Drive, Suite 3600
Chicago, Illinois 60611-5599
(312) 321-4200

ATTORNEYS FOR DEFENDANT
VOCALTEC COMMUNICATIONS, INC.

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the foregoing Stipulation, defendant VocalTec Communications, Inc. shall have until March 30, 2000, to answer or otherwise respond to the Complaint of plaintiff Multi-Tech Systems, Inc. in this matter.

BY THE COURT:

DATED: March 9th, 2000

____________________
Magistrate Judge of the U.S. District Court