**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MULTI-TECH SYSTEMS, INC., a Minnesota corporation

Plaintiff,

v.

NET2PHONE, INC., a Delaware corporation, VOCALTEC COMMUNICATIONS INC., a Delaware corporation, VOCALTEC COMMUNICATIONS LTD, an Israeli corporation, DIALPAD.COM, INC., a California corporation, STUDIO VISIA, INC., a California corporation, MEDIARING.COM, INC., a California corporation, PHONEFREE.COM, INC., a Delaware corporation, ZEROPLUS.COM, INC., a Delaware corporation, E-NET, INC., a Delaware corporation, REALLY EASY INTERNET, INC., a Texas corporation,

Defendant.

Court File No.00-CV-346
[DWF/AJB]

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiff Multi-Tech Systems, Inc. and Defendant Dialpad.Com ("Dialpad"), by and through their undersigned counsel, hereby stipulate and agree that Dialpad may have until March 30, 2000 to answer or otherwise respond to the Complaint in the above-captioned matter.

1144283.1

FILED MAR 09 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: March 7, 2000

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By Kevin D. Conneely

Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
Darren B. Schwiebert (#260642)
Jodene Jensen (#277216)
Misti Nelc (#296090)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF MULTI-TECH SYSTEMS, INC.**

Dated: March 7, 2000

**BRIGGS & MORGAN, P.A.**

By Jay W. Schlosser

Jeffrey J. Keyes (#55505)
Jay W. Schlosser (#204353)
2400 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR DEFENDANT DIALPAD.COM**

**IT IS SO ORDERED.**

Dated: March 9th, 2000

BY THE COURT,

Arthur J. Boylan

Magistrate Judge Arthur J. Boylan
United States District Court

1144283.1