**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Plaintiff,

vs.

NET2PHONE, INC., a Delaware corporation; VOCALTEC COMMUNICATIONS, INC., a Delaware corporation; VOCALTEC COMMUNICATIONS, LTD., an Israeli corporation; DIALPAD.COM, INC., a California corporation; STUDIO VISIA, INC., a California corporation; MEDIARING.COM, INC., a California corporation; PHONEFREE.COM, INC., a Delaware corporation; ZEROPLUS.COM, INC., a Delaware corporation; E-NET, INC., a Delaware corporation; REALLY EASY INTERNET, INC., a Texas corporation,

Defendants.

Court File No. 00-CV-346 DWF/AJB

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER**

---

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the above-named parties, through their respective counsel, that defendant MediaRing.com, Inc. shall have until March 30, 2000 to answer or otherwise respond to plaintiff Multi-Tech Systems, Inc.'s Complaint.

DATED: March 7, 2000

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: Kevin D. Conneely
Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
MULTI-TECH SYSTEMS, INC.

FILED MAR 09 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

2241430.1

DATED: March 8, 2000

LEONARD, STREET AND DEINARD

By: [signature]
Stephen J. Davidson (#21301)
Jill H. Bollettieri (#256183)
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402-2015
(612) 335-1500

-and-

Charlene Morrow
FENWICK & WEST LLP
Two Palo Alto Square
Palo Alto, California 94306
(650) 494-0600

ATTORNEYS FOR DEFENDANT
MEDIARING.COM, INC.

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the foregoing Stipulation, defendant MediaRing.com, Inc. shall have until March 30, 2000, to answer or otherwise respond to the Complaint of plaintiff Multi-Tech Systems, Inc. in this matter.

DATED: March 8th, 2000

BY THE COURT:

[signature]
Magistrate Judge of the U.S. District Court