**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Plaintiff,

vs.

NET2PHONE, INC., a Delaware corporation; VOCALTEC COMMUNICATIONS, INC., a Delaware corporation; VOCALTEC COMMUNICATIONS, LTD., an Israeli corporation; DIALPAD.COM, INC., a California corporation; STUDIO VISIA, INC., a California corporation; MEDIARING.COM, INC., a California corporation; PHONEFREE.COM, INC., a Delaware corporation; ZEROPLUS.COM, INC., a Delaware corporation; E-NET, INC., a Delaware corporation; REALLY EASY INTERNET, INC., a Texas corporation,

Defendants.

Court File No. 00-CV-346 DWF/AJB

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER**

---

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the above-named parties, through their respective counsel, that defendant Net2Phone, Inc. shall have until March 30, 2000 to answer or otherwise respond to plaintiff Multi-Tech Systems, Inc.'s Complaint.

DATED: March 7, 2000

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: Kevin D. Conneely
Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
MULTI-TECH SYSTEMS, INC.

FILED MAR 09 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

2241456.1

DATED: March 7, 2000

FREDRIKSON & BYRON, P.A.

By: ______________________
Lora Esch Mitchell (# 259615)
Dean R. Karau (#225186)

1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402-3397
(612) 347-7000

-and-

Arthur I. Neustadt
Michael R. Casey
OBLON, SPIVAK, MCCLELLAND,
MAIR & NEUSTADT, P.C.
1755 Jefferson Davis Highway, Fourth Floor
Arlington, Virginia 22202
(703) 413-3000

ATTORNEYS FOR DEFENDANT
NET2PHONE, INC.

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the foregoing Stipulation, defendant Net2Phone, Inc. shall have until March 30, 2000, to answer or otherwise respond to the Complaint of plaintiff Multi-Tech Systems, Inc. in this matter.

Dated: March 9th, 2000

BY THE COURT:

______________________
Magistrate Judge of the U.S. District Court