**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Plaintiff,

vs.

NET2PHONE, INC., a Delaware corporation; VOCALTEC COMMUNICATIONS, INC., a Delaware corporation; VOCALTEC COMMUNICATIONS, LTD., an Israeli corporation; DIALPAD.COM, INC., a California corporation; STUDIO VISIA, INC., a California corporation; MEDIARING.COM, INC., a California corporation; PHONEFREE.COM, INC., a Delaware corporation; ZEROPLUS.COM, INC., a Delaware corporation; E-NET, INC., a Delaware corporation; REALLY EASY INTERNET, INC., a Texas corporation,

Defendants.

Court File No. 00-CV-346 ADM/AJB

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER**

---

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties signing below, through their respective counsel, that defendant Studio Visia, Inc. shall have until April 19, 2000 to answer or otherwise respond to plaintiff Multi-Tech Systems, Inc.'s Complaint.

DATED: March 30, 2000

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: Kevin D. Conneely
Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
MULTI-TECH SYSTEMS, INC.

2241430.1

FILED 4/3/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: March 30, 2000

FAEGRE & BENSON LLP

By: ______________________
William L. Roberts (# 212763)
Jeff H. Eckland (#139920)

2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 336-3000

-and-

Basil Plastiras
PLASTIRAS & TERRIZZI
24 Professional Center Parkway, Suite 150
San Rafael, CA 94903
(415) 472-8100

ATTORNEYS FOR DEFENDANT
STUDIO VISIA, INC.

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the foregoing Stipulation, defendant Studio Visia, Inc. shall have until April 19, 2000, to answer or otherwise respond to the Complaint of plaintiff Multi-Tech Systems, Inc. in this matter.

DATED: ~~March~~ April 3rd, 2000

BY THE COURT:

______________________
Magistrate Judge of the U.S. District Court