UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

MULTI-TECH SYSTEMS, INC., a Minnesota corporation,

Plaintiff,

v.

NET2PHONE, INC., a Delaware corporation, VOCALTEC COMMUNICATIONS INC., a Delaware corporation; VOCALTEC COMMUNICATIONS LTD., an Israeli corporation; DIALPAD.COM, INC., a California corporation; STUDIO VISIA, INC., a California corporation; MEDIARING.COM, INC., a California corporation; PHONEFREE.COM INC., a Delaware corporation; ZEROPLUS.COM, INC., a Delaware corporation; E-NET, INC., a Delaware corporation; REALLY EASY INTERNET, INC., a Texas corporation,

Defendants.

Civil Action No. 00-346-ADM/AJB

**PLAINTIFF'S NOTICE OF DISMISSAL OF STUDIO VISIA, INC. AND [PROPOSED] ORDER**

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff Multi-Tech Systems, Inc., through its undersigned counsel, hereby dismisses defendant Studio Visia, Inc.from the above-entitled action prior to any Answer or other responsive pleading.

APR 21 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2245738.1

DATED: April ____, 2000

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: ______________________________
Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF MULTI-TECH SYSTEMS, INC.**

**ORDER**

Pursuant to the foregoing Notice of Dismissal, defendant Studio Visia, Inc. is hereby dismissed without prejudice from the above-entitled action, and the case caption and all further notices and pleadings shall be amended accordingly.

BY THE COURT:

DATED: April 21, 2000

______________________________
Hon. Ann D. Montgomery
Judge of the U.S. District Court

2245738.1