UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MULTI-TECH SYSTEMS, INC., a Minnesota Corporation,

Plaintiff,

v.

NET2PHONE, INC., a Delaware corporation; VOCALTEC COMMUNICATIONS INC., a Delaware corporation; VOCALTEC COMMUNICATIONS LTD., an Israeli corporation; DIALPAD.COM, INC., a California corporation, STUDIO, VISIA, INC., a California corporation; MEDIARING.COM, INC., a California corporation; PHONEFREE.COM INC., a Delaware corporation; ZEROPLUS.COM, INC., a Delaware corporation; E-NET, INC., a Delaware corporation; REALLY EASY INTERNET, INC., a Texas corporation,

Defendants.

Case No. 00-346-ADM/AJB

**STIPULATED PROTECTIVE ORDER**

Plaintiff Multi-Tech Systems, Inc. ("Multi-Tech") filed the Complaint in this action on February 15, 2000. On March 30, 2000, Defendant MediaRing.com, Inc. ("MediaRing") served Multi-Tech with MediaRing's Motion to Dismiss for Lack of Jurisdiction, or in the Alternative, to Sever and Transfer the Claims Against MediaRing.com, Inc. to the Northern District of California, as well as a supporting memorandum of law, declarations, and exhibits (collectively, "the Motion and Supporting Documents"). The Motion and Supporting Documents contain confidential information regarding MediaRing's business activities. Counsel for all of the parties have not yet met to finalize a general protective order for this action. Multi-Tech and the other parties in this action nonetheless have stipulated to treat the Motion and Supporting

FILED APR 24 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

Documents as "Confidential—Outside Counsel's Eyes Only."

In the interest of further protecting the confidentiality of the information contained in the Motion and Supporting Documents, Multi-Tech and MediaRing further agree that the Motion and Supporting Documents, and any opposition and/or reply memoranda and other related documents served in response thereto, shall be filed under seal with the Court. Accordingly, at the appropriate time for filing under Local Rule 7.1(b)(2)(D), MediaRing shall submit the Motion and Supporting Documents, and any opposition and/or reply memoranda and other related documents, to the Court in sealed envelopes that shall bear the caption of this case and a legend as follows:

> CONFIDENTIAL — FILED SUBJECT TO COURT ORDER. THE PAPERS CONTAINED IN THIS ENVELOPE HAVE BEEN DESIGNATED AS CONFIDENTIAL MATERIAL, ARE SUBJECT TO A PROTECTIVE ORDER ISSUED BY THE COURT, AND MAY NOT BE EXAMINED, DISPLAYED, REVEALED, OR COPIED EXCEPT BY THE COURT, OR PURSUANT TO COURT ORDER.

The Clerk of the Court is ordered to file under seal the Motion and Supporting Documents, and any opposition and/or reply memoranda and other related documents, that are submitted in such sealed envelopes. Unless otherwise ordered by the Court, any document, paper, or thing filed under seal pursuant to this Order shall be kept from public inspection, including inspection by attorneys and parties to this action. Sealed materials shall be opened or destroyed only upon further order of the Court. This Order is limited solely to the Motion and Supporting Documents, and any opposition and/or reply memoranda and other related documents served in response thereto.

The Clerk of the Court is hereby instructed to take all necessary steps in furtherance of this Order. IT IS SO ORDERED.

Dated: 4/24/00

BY THE COURT:

Magistrate Judge Arthur J. Boylan
United States District Court
District of Minnesota

STIPULATED AND AGREED TO:

**ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.**

DATED: April 18, 2000

By [signature]
Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 339-8500

*ATTORNEYS FOR PLAINTIFF MULTI-TECH SYSTEMS, INC.*

**LEONARD, STREET AND DEINARD, P.A.**

DATED: April 17, 2000

By [signature]
Stephen J. Davidson (#21301)
Jill H. Bollettieri (#256183)
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500

*ATTORNEYS FOR DEFENDANT MEDIARING.COM, INC.*

21493/00400/DOCS/1032609.1

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

**Clerks Notice In Re: Protective Order**

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing confidential original documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.