**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MULTI-TECH SYSTEMS, INC., a Minnesota corporation,

Plaintiff,

vs.

NET2PHONE, INC., a Delaware corporation; VOCALTEC COMMUNICATIONS, INC., a Delaware corporation; VOCALTEC COMMUNICATIONS, LTD., an Israeli corporation; DIALPAD.COM, INC., a California corporation; MEDIARING.COM, INC., a California corporation; PHONEFREE.COM, INC., a Delaware corporation; ZEROPLUS.COM, INC., a Delaware corporation; E-NET, INC., a Delaware corporation; REALLY EASY INTERNET, INC., a Texas corporation,

Defendants.

Court File No. 00-CV-346 ADM/AJB

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER FOR VOCALTEC'S RESPONSIVE PLEADING AND TO SET BRIEFING ON PENDING MOTIONS**

---

**STIPULATION**

WHEREAS, plaintiff Multi-Tech Systems, Inc. ("Multi-Tech") filed the above-captioned action on February 15, 2000, and the case originally was assigned to Judge Frank. On March 30, defendant VocalTec Communications, Inc. ("VocalTec") served Multi-Tech with a notice of motion and motion to dismiss or sever along with a supporting memorandum. The notice indicated that the motion was scheduled before Judge Frank for June 9, 2000,

WHEREAS, on April 5, this case was re-assigned to Judge Montgomery.

WHEREAS, on April 14, following its Answer to Multi-Tech's Complaint, defendant Dialpad.com, Inc. ("Dialpad") served a notice of motion and motion to dismiss or sever and motion to transfer with a supporting memorandum. This motion has not yet been scheduled for hearing pursuant to Local Rule 7.1.

FILED 5-1-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

WHEREAS, pursuant to Local Rules 7.1 and 72.1, dispositive motions are argued before a District Judge while nondispositive motions generally are argued before a Magistrate Judge. The timing for service and filing of motion papers differs depending upon whether a motion is dispositive or nondispositive. To avoid uncertainty about which briefing schedule to follow and to allow Dialpad.com's and VocalTec's motions to proceed expeditiously and be heard together by the appropriate judicial officer, counsel for the undersigned parties have agreed to present to Judge Montgomery for approval the following briefing schedule: Multi-Tech shall have until Thursday, April 27, 2000, to serve its papers responsive to the above-referenced motions of VocalTec and Dialpad; defendants VocalTec and Dialpad shall have until Wednesday, May 11, 2000, to serve their replies, if any; and these motions will be deemed fully briefed and ready for filing by the close of business on May 11, 2000, regardless of whether defendants actually serve any timely replies.

WHEREAS, VocalTec has not yet served its Answer to Multi-Tech's Complaint. VocalTec and Multi-Tech stipulated to an extension of time for VocalTec's responsive pleading to March 30, 2000, but VocalTec has not yet served its Answer. To avoid uncertainty, VocalTec agrees that it will withdraw its separately pending Motion for an extension of time, and Multi-Tech stipulates and agrees that VocalTec may Answer or otherwise plead in response to the Complaint within ten (10) days after VocalTec's scheduled appearance at any Rule 16 Pretrial Conference (currently scheduled for May 25, 2000).

IT IS HEREBY STIPULATED AND AGREED by and between the above-named parties, through their respective counsel, as follows:

(1) Multi-Tech shall have until Thursday, April 27, 2000, to serve its papers responsive to VocalTec's motion to dismiss or sever and to Dialpad's motion to dismiss or sever and motion to transfer; and

(2) VocalTec and Dialpad shall have until May 11, 2000, to serve replies, if any, in support of their motions; and

(3) VocalTec shall serve and file its responsive pleading to the Complaint no later than ten (10) days after its scheduled appearance at any Rule 16 Pretrial Conference.

DATED: April 28, 2000

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: Kevin D. Conneely
Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF MULTI-TECH SYSTEMS, INC.**

DATED: April 28, 2000

BOWMAN and BROOKE LLP

By: David S. Miller (by KDC)
David S. Miller (#239860)

150 South Fifth Street, Suite 2600
Minneapolis, Minnesota 55402-4244
(612) 339-8682

Of Counsel:
Allan J. Sternstein
BRINKS HOFER GILSON & LIONE
NBC Tower
455 North Cityfront Plaza Drive, Suite 3600
Chicago, Illinois 60611-5599
(312) 321-4200

**ATTORNEYS FOR DEFENDANT VOCALTEC COMMUNICATIONS, INC.**

BRIGGS & MORGAN

DATED: April 28, 2000

By: Jay W. Schlosser (by EDC)
Jeffrey J. Keyes (#55505)
Jay W. Schlosser (#204353)

2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

Of Counsel:
Bryan Anderson
SKJERVEN, MORRILL, MACPHERSON, FRANKLIN & FRIEL LLP
25 Metro Drive, Suite 700
San Jose, CA 95110
(949) 718-6780

**ATTORNEYS FOR DEFENDANT DIALPAD.COM, INC.**

## ORDER

IT IS HEREBY ORDERED that, pursuant to the foregoing Stipulation, as follows:

(1) Multi-Tech shall have until Thursday, April 27, 2000, to serve its papers responsive to VocalTec's motion to dismiss or sever and to Dialpad's motion to dismiss or sever and motion to transfer; and

(2) VocalTec and Dialpad shall have until May 11, 2000, to serve replies, if any, in support of their motions; and

(3) VocalTec shall serve and file its responsive pleading to the Complaint no later than ten (10) days after its scheduled appearance at any Rule 16 Pretrial Conference.

BY THE COURT:

DATED: April 28, 2000

Judge Ann D. Montgomery
United States District Court