UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

MULTI-TECH SYSTEMS, INC., Civil No. 00-295 ADM/AJB

Plaintiff,

v. ORDER

GATEWAY 2000, INC., ET AL.,

Defendants.

---

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. As such, the Court hereby gives notice that the pretrial conference scheduled to be held on May 25, 2000, at 1:45 p.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge has been canceled.

Dated: 5/4/00

ARTHUR J. BOYLAN
United States Magistrate Judge

MEMORANDUM

The Court has recused itself from this matter due to the fact that my daughter is an associate attorney with the law firm representing the defendant and the Court has been informed that she has been assigned to work on the case. There are a number of other files involving the same patent that is at issue in this litigation. Those files are as follows:

1) Multi-Tech Systems, Inc. v. Dell Computer Corporation, cv 00-296 ADM/AJB

Filed MAY 05 2000
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

2) Multi-Tech Systems, Inc. v. Compaq Computer Corporation, cv 00-297 ADM/AJB

3) Multi-Tech Systems, Inc. v. Net2phone, Inc., et al., cv 00-346 ADM/AJB

I have consulted with the District Court Judge with whom these matters are assigned, and Judge Montgomery and I agree that to expedite the disposition of each action it would be appropriate to have one magistrate judge assigned to all of these files. Accordingly, the Clerk of Court's office is directed to reassign each of these files to a different magistrate judge so that not only is this file reassigned to a different magistrate judge, but each of the Multi-Tech Systems, Inc. files mentioned in this memo. Accordingly, the pretrial conference scheduled to be held on May 25, 2000, at 1:45 p.m., in all of the Multi-Tech Systems, Inc. cases are canceled as well.

AJB

Magistrate Judge Raymond L. Erickson is now the Magistrate on this case.