**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MULTI-TECH SYSTEMS, INC., | Case No. 00-CV-346 ADM/RLE |
| Plaintiff, | Judge Ann D. Montgomery |
| vs. | Magistrate Judge Raymond L. Erickson |
| NET2PHONE, INC., ET AL., | |
| Defendants. | |

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

WHEREAS, Plaintiff Multi-Tech Systems, Inc. ("Multi-Tech") filed an action against, inter alia, Defendants VocalTec Communications, Inc. and VocalTec Communications, Ltd. on or about February 15, 2000; and

WHEREAS, Multi-Tech and VocalTec Communications, Inc. stipulated and agreed on April 28, 2000, that VocalTec Communications, Inc. would file and serve its Answer or other response no later than ten (10) days after its scheduled appearance at any Rule 16 Pretrial Conference; and

WHEREAS, by agreement of counsel, Multi-Tech effected service upon VocalTec Communications, Ltd. on June 14, 2000, by service of the Summons and Complaint upon VocalTec Communication, Ltd.'s counsel via certified mail.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the above-named parties, through their respective counsel, that VocalTec Communications, Ltd. shall file and serve its responsive pleading to Multi-Tech's Complaint at the same time that a



FILED JUL 0 5 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

response is due from VocalTec Communications, Inc., namely, no later than ten (10) days after its scheduled appearance at any Rule 16 Pretrial Conference.

Dated: June 30, 2000

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: ______________________

Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
Jodene Jensen (#277216)
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF MULTI-TECH SYSTEMS, INC.**

Dated: June 29, 2000

BOWMAN AND BROOKE LLP

By: ______________________

Richard G. Morgan (#157053)
David S. Miller (#239860)
150 South Fifth Street, Suite 2600
Minneapolis, MN 55402
(612) 339-8682

and

Dated: June 29, 2000

BRINKS, HOFER, GILSON & LIONE

By: Allan J. Sternstein /RSM

Allan J. Sternstein
William H. Frankel
Meredith M. Addy
Kent E. Genin
455 North Cityfront Plaza Drive
NBC Tower – Suite 3600
Chicago, Illinois 60611-5599
(312) 321-4200

**ATTORNEYS FOR DEFENDANT VOCALTEC COMMUNICATIONS, LTD.**

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the foregoing Stipulation, that VocalTec Communications, Ltd. shall file and serve its responsive pleading to Multi-Tech's Complaint to Multi-Tech's Complaint at the same time that a response is due from VocalTec Communications, Inc., namely, no later than ten (10) days after its scheduled appearance at any Rule 16 Pretrial Conference.

Dated: 7/5/, 2000

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE