UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

MULTI-TECH SYSTEMS, INC., a Minnesota Corporation

Plaintiff,

v.

NET2PHONE, INC., a Delaware corporation; VOCALTEC COMMUNICATIONS, INC., a Delaware corporation; VOCALTEC COMMUNICATIONS LTD., an Israeli Corporation; DIALPAD.COM, INC. a California corporation; STUDIO, VISIA, INC., a California corporation; MEDIARING.COM, INC., a California corporation; PHONEFREE.COM, INC., a Delaware Corporation; ZEROPLUS.COM, INC., a Delaware corporation; E-NET, INC., a Delaware Corporation; REALLY EASY INTERNET, INC., a Texas corporation,

Defendants.

Case No. 00-CV-346 ADM/RLE

**STIPULATION AND ORDER TO SEVER**

## STIPULATION

Net2Phone, Inc. ("Net2Phone") and Multi-Tech Systems, Inc. ("Multi-Tech"), through their undersigned counsel, hereby stipulate and agree as follows:

Whereas on June 23, 2000 defendant Net2Phone filed and served a motion to sever and whereas on June 26, 2000 the Court granted similar motions to sever filed by defendants Zeroplus.Com, Inc., MediaRing.Com, Inc., Dialpad.Com, Inc. and Vocaltec Communications, Inc., plaintiff Multi-Tech and defendant Net2Phone agree that Net2Phone's motion to sever should be granted and, in accordance with the Court's June 26 order, (1) the Clerk shall open a new file for the Multi-Tech v. Net2Phone case by use of a space on the patent case assignment list, thus assigning a new case number, (2) the case shall be assigned to Judge Ann D.

FILED 7-10-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Montgomery, and (3) the Clerk of the Court shall not collect any additional filing fee for this action.

Dated: July 6, 2000

Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
Darren B. Schwiebert (#260642)
Jodene Jensen (#277216)
Misti Nelc (#296090)
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF MULTI-TECH SYSTEMS, INC.

Dated: July 7, 2000

Lora Esch Mitchell (#259615)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402-7077
(612) 347-7185

Arthur I. Neustadt
Michael R. Casey
Steven C. Tabackman
Kenneth T. Cuccinelli, II
OBLON, SPIVAK, MCCLELLAND, MAIER & NEUSTADT, P.C.
1755 Jefferson Davis Hwy
Fourth Floor
Arlington, Virginia 22202
(703) 413-3000

ATTORNEYS FOR DEFENDANTS NET2PHONE, INC.

**ORDER**

Based upon the foregoing Stipulation and the record of proceedings herein, and the Court being fully advised:

IT IS HEREBY ORDERED that the Clerk of the Court shall:

(1) Open a new file for the Multi-Tech v. Net2Phone case by use of a space on the patent case assignment list, thus assigning a new case number;

(2) Assign the case to Judge Ann D. Montgomery; and

(3) The Clerk of the Court shall not collect any additional filing fee for this action.

BY THE COURT

Dated: July 10, 2000

Ann D. Montgomery
United States District Judge

::ODMA\PCDOCS\FBDOCS1\2399253\1

Case # for Multi-Tech v. Net2Phone is 00-1627 ADM/RLE