**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MULTI-TECH SYSTEMS, INC., a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NET2PHONE, INC., a Delaware corporation; VOCALTEC COMMUNICATIONS INC., a Delaware corporation; STUDIO VISIA, INC., a California corporation; PHONEFREE.COM INC., a Delaware corporation; E-NET, INC., a Delaware corporation; REALLY EASY INTERNET, INC., a Texas corporation,<br><br>Defendants. | Civil Action No. 00-CV-346 ADM/RLE<br><br>**STIPULATION AND ORDER TO SEVER** |

**STIPULATION**

Defendant Really Easy Internet, Inc. ("REI") and Plaintiff Multi-Tech Systems, Inc. ("Multi-Tech"), through their undersigned counsel, hereby stipulate and agree as follows:

Whereas REI desires to have all of the claims that Multi-Tech has asserted against REI severed into a separate cause; and

Whereas on June 26, 2000 the Court granted motions to sever filed by Defendants Zeroplus.Com, Inc., MediaRing.Com, Inc., Dialpad.Com, Inc. and Vocaltec Communications, Inc., Plaintiff Multi-Tech and Defendant REI agree that Multi-Tech's claims against REI should be severed into a separate cause and, in accordance with the Court's June 26, 2000 order, (1) the Clerk shall open a new file for the Multi-Tech v. REI case by use of a space on the patent case assignment list, thus assigning a new case number, (2) the case shall be assigned to Judge Ann D. Montgomery, and (3) the Clerk of the Court shall not collect any additional filing fee for this action.

FILED 7-18-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

Clerk shall open a new file for the Multi-Tech v. REI case by use of a space on the patent case assignment list, thus assigning a new case number, (2) the case shall be assigned to Judge Ann D. Montgomery, and (3) the Clerk of the Court shall not collect any additional filing fee for this action.

Dated: July 12, 2000

By: Kevin D. Conneely
One of its Attorneys
Ronald J. Schulz (#130849)
Kevin D. Conneely (#192703)
Darren B. Schwiebert (#260642)
Jordene Jensen (#277216)
Misti Nelc (#296090)

ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
Telephone: (612) 349-8500

ATTORNEYS FOR PLAINTIFF
MULTI-TECH SYSTEMS, INC.

Dated: July 14, 2000

By: Jacob M. Holdreith

One of its Attorneys
Phillip B. Philbin
State Bar No. 15909020
Patrick D. Keating
State Bar No. 00794074

HAYNES AND BOONE, L.L.P.
901 Main Street, Suite 3100
Dallas, Texas 75202-3789
Telephone:(214) 651-5000
Telecopier:(214) 651-5940

Jacob M. Holdreith
State Bar No. 211011
Ernest W. Grumbles III
State Bar No. 274793

OPPENHEIMER, WOLFE & DONNELLY, L.L.P.
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402-1609
Telephone:(612) 607-7000
Telecopier:(612) 607-7100

**ATTORNEYS FOR DEFENDANT**

**REALLY EASY INTERNET, INC.**

**ORDER**

Based upon the foregoing Stipulation and the record of proceedings herein, and the Court being fully advised:

IT IS HEREBY ORDERED that the Clerk of the Court shall:

(1) Open a new file for Multi-Tech v. REI case by use of a space on the patent case assignment list, thus assigning a new case number;

(2) Assign the case to Judge Ann D. Montgomery; and

(3) The Clerk of the Court shall not collect any additional filing fee for this action.

BY THE COURT

Dated: July 17, 2000

Ann D. Montgomery
United States District Judge

Multi-Tech v. REI Case # 00-1682 ADM/RLE