**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MULTI-TECH SYSTEMS, INC., a Minnesota Corporation,

Plaintiff,

v.

PHONEFREE.COM INC., a Delaware Corporation,

Defendant.

Case No. 00-CV-346 (ADM/RLE)

**STIPULATION AND ORDER TO MODIFY PRETRIAL ORDER**

Plaintiff Multi-Tech Systems, Inc. ("Multi-Tech") and defendant PhoneFree.com Inc. ("PhoneFree") stipulate to the following, subject to the Court's approval:

1. The October 17, 2000 Pretrial Order shall be modified by extending the deadline for PhoneFree's prior art statement from May 21, 2001, as set forth in paragraph 4 of the February 16, 2001 Stipulation and Order to Amend Complaint and to Modify Pretrial Order (docket number 146), to June 11, 2001.

2. Likewise, the October 17, 2000 Pretrial Order shall be modified by extending the deadline for Multi-Tech's prior art statement from June 18, 2001, as set forth in paragraph 5 of the February 16, 2001 Stipulation and Order to Amend Complaint and to Modify Pretrial Order (docket number 146), to July 9, 2001.

3. These stipulated extensions will not affect other discovery deadlines set forth in the October 17, 2000 Pretrial Order.

MAY 22 2001
FILED FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2284060.1

Dated this 18 day of May, 2001.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

BY: ______________________
Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
Ken R. Hall (#247017)
Joseph A. Mandernach (#295681)
Misti Nelc (#296090)
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR PLAINTIFF MULTI-TECH SYSTEMS, INC.**

Dated this 18 day of May, 2001.

**MOSS & BARNETT**

BY: ______________________
Mark B. Peterson, Esq. (#14440X)
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 347-0300

and

**BICKEL & BREWER**
William A. Brewer, III
Porter F. Fleming, Esq.
885 Third Avenue, Suite 3040
New York, NY 10022

**ATTORNEY FOR DEFENDANT PHONEFREE.COM INC.**

**IT IS SO ORDERED.**

Dated this 22nd day of May, 2001.

Raymond L. Erickson
United States Magistrate Judge